UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

CLASSIC MARITIME INC.,

                          **Plaintiff,**

      v.                                    1:21-cv-00766-ALC

                                       **ORDER**

XCOAL ENERGY AND RESOURCES LLC,

                          **Defendant.**

-----------------------------------------------------------------x

**ANDREW L. CARTER, JR., District Judge:**

      The Court is in receipt of the letter motion for stay by Defendant XCoal Energy and Resources LLC. ECF No. 8. The Court hereby DENIES the letter motion for stay.

      However, the Court GRANTS Defendant leave to move to vacate the attachment order issued today. The Parties are directed to comply with the following briefing schedule:

- Motion to Vacate: February 4, 2021
- Response: February 8, 2021

Additionally, the Court hereby sets a hearing regarding the motion to vacate for February 10, 2021 at 3:00 p.m. Participants are directed to contact the Court at that date and time at (888) 363-4749 (access code: 3768660).

**SO ORDERED.**

**Dated: February 1, 2021**
      **New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**