UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

CLASSIC MARITIME INC.,

      Plaintiff,

  v.

XCOAL ENERGY AND RESOURCES LLC,

      Defendant.

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/3/2021

1:21-cv-00766-ALC

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

  The Court is in receipt of the letter from Defendant XCoal Energy and Resources LLC. ECF No. 12. Plaintiff Classic Maritime Inc is ORDERED to respond no later than February 4, 2021.

**SO ORDERED.**

**Dated: February 3, 2021**
  New York, New York

                _____
                **ANDREW L. CARTER, JR.**
                **United States District Judge**