UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

CLASSIC MARITIME INC.,

      Plaintiff,

  v.

XCOAL ENERGY AND RESOURCES LLC,

      Defendant.

------------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __2/12/2021__

1:21-cv-00766-ALC

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

The Court hereby sets a hearing for February 18, 2021 at 10:00 a.m. Participants are directed to contact the Court at that date and time at (888) 363-4749 (access code: 3768660).

**SO ORDERED.**

**Dated: February 12, 2021**

  **New York, New York**

*[signature]*

**ANDREW L. CARTER, JR.**
**United States District Judge**