UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

CLASSIC MARITIME INC.,

                **Plaintiff,**

      v.

XCOAL ENERGY AND RESOURCES LLC,

                **Defendant.**

-------------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __2/26/2021__

1:21-cv-00766-ALC

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

As indicated on the record at the February 18, 2021 hearing, the motion to vacate attachment order by Defendant Xcoal Energy and Resources LLC is DENIED. The Clerk of Court is respectfully directed to close the motion at Docket 16. The Court hereby stays this matter pending the resolution of the underlying arbitration.

**SO ORDERED.**
**Dated: February 26, 2021**
      New York, New York

                                                  */s/ Andrew L. Carter, Jr.*
                                                    **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**