```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __Nov. 10, 2021__
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Classic Maritime Inc., <br><br>                              **Plaintiff,**<br><br>-against-<br><br>XCoal Energy and Resources LLC d/b/a XCoal Energy and Resources,<br>                              **Defendant.** | 21-CV-766-ALC <br><br> **ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

      The parties are hereby **ORDERED** to file a joint status report on or before **November 23, 2021**.

**SO ORDERED.**

**Dated**:  Nov. 10, 2021
           New York, New York

_____
      **ANDREW L. CARTER, JR.**
      **United States District Judge**