UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __Sept 20, 2022__

Classic Maritime Inc.,

                             **Plaintiff,**

-against-

XCoal Energy and Resources LLC d/b/a
XCoal Energy and Resources,

                             **Defendant.**

21-CV-766-ALC

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    The parties are hereby **ORDERED** to file a joint status report on or before **September 27, 2022**.

**SO ORDERED.**

**Dated**:  Sept 20, 2022
         New York, New York

_____
    **ANDREW L. CARTER, JR.**
    **United States District Judge**